UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 24 2001 AM
MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NEUTRINO DEVELOPMENT CORPORATION § | |
| § | |
| Plaintiff, § | 01-2484 |
| § | Civil Action |
| versus § | |
| § | |
| SONOSITE, INC. § | (Jury Trial) |
| § | |
| Defendant. § | |

# Complaint

## I. The Parties

1. Plaintiff Neutrino Development Corporation ("NDC") is a Texas corporation having its principal place of business in Bellaire, Texas.

2. Defendant SonoSite, Inc. ("SonoSite") is a Washington corporation having its principal place of business at 21919 30th Drive SE, Bothell, Washington 98021-3904.

## II. Jurisdiction

3. Jurisdiction exists pursuant to 28 U.S.C. § 1338(a).

## III. Background

4. On April 24, 2001, U.S. Patent Number 6,221,021 ("the '021 Patent") issued, having 27 patent claims covering various embodiments of an apparatus for monitoring and/or imaging hemodynamic parameters, such as blood flow. A copy of the '021 Patent is attached as Exhibit A.

5. NDC is the assignee of all right, title and interest in the '021 Patent.

6. On information and belief, defendant makes, uses, sells and offers to sell within the United States, ultrasound imaging devices that are covered by one or more claims of the '021 Patent. Such devices are, and/or have been, offered for sale under the model names

SonoSite 180 PLUS, SonoHeart PLUS, SonoSite 180, and SonoHeart. Excerpts from defendant's advertising literature depicting the SonoSite 180 and SonoSite 180 PLUS are attached as Exhibit B.

7. On information and belief, on or after April 24, 2001, defendant has sold or offered for sale ultrasound imaging devices that are covered by one or more claims of the '021 Patent, within the Southern District of Texas.

8. On information and belief, defendant knowingly and willfully provides extensive support to its customers which induces and enables them to use SonoSite devices that are covered by one or more claims of the '021 Patent.

## IV. Count I – Direct Infringement

9. This cause of action arises under 35 U.S.C. § 271(a).

10. NDC incorporates and realleges the allegations of paragraphs 5-9, herein.

11. On information and belief, defendant has directly infringed one or more claims of the '021 Patent.

12. On information and belief, defendant has committed such acts of infringement within the Southern District of Texas, thereby giving rise to specific jurisdiction over defendant in this Court for this count.

13. On information and belief, acts of direct infringement have damaged and will continue to damage NDC, causing irreparable harm, for which there is no adequate remedy at law. Such unlawful acts and damage will continue to occur unless enjoined by this Court.

## V. Count II – Inducing Infringement

14. This cause of action arises under 35 U.S.C. § 271(b).

15. NDC incorporates and realleges the allegations of paragraphs 5-14.

16. On information and belief, defendant, and/or its agents, have induced one or more persons to directly infringe the '021 Patent, in violation of 35 U.S.C. § 271(b).

Page 2 of 4

17. On information and belief, one or more acts of inducement have occurred in the Southern District of Texas since the issuance of the '021 Patent, thereby giving rise to specific jurisdiction over defendant in this Court for this count.

18. On information and belief, defendant's acts of inducing infringement have damaged and will continue to damage NDC, causing irreparable harm, for which there is no adequate remedy at law. Such unlawful acts and damage will continue to occur unless enjoined by this Court.

## VI. Prayer for Relief

19. NDC requests the following relief:

    a. preliminary and permanent injunctive relief enjoining all acts of infringement, as provided under 35 U.S.C. § 283;

    b. compensatory damages as provided under 35 U.S.C.§ 284;

    c. enhancement of damages as provided under 35 U.S.C.§ 284;

    d. an award of NDC's reasonable attorneys fees and costs, as provided under 35 U.S.C.§ 285 and Rule 54(d), Fed. R. Civ. P.;

    e. an award of prejudgement and post-judgement interest; and

    f. such other and further relief as this Court deems just and appropriate.

## VII. Demand for Jury Trial

20. NDC requests a jury trial.

Respectfully submitted,

*[signature: Tim Headley]*

Tim Headley
Attorney-in-Charge for
Neutrino Development Corporation
State Bar No. 09325210
Southern District Bar No. 1003
Gardere Wynne Sewell LLP
1000 Louisiana Street, Suite 3400
Houston Texas 77002-5007
Phone:        713-276 5320
Fax:          713-276-6320
Email:        theadley@gardere.com

Dated: 7-24-01

Of Counsel:

Jennifer Sickler
State Bar No. 18339600
Southern District Bar No. 11112
Gardere Wynne Sewell LLP
1000 Louisiana Street, Suite 3400
Houston Texas 77002-5007

The Exhibit(s) May

Be Viewed in the

Office of the Clerk