IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEUTRINO DEVELOPMENT CORPORATION, | § § § § | |
| Plaintiff, | § § | Civil Action H-01-2484 |
| vs. | § § | (Jury Trial) |
| SONOSITE, INC., | § § § | |
| Defendant. | § | |

## DECLARATION OF RICHARD T. REDANO IN SUPPORT OF PLAINTIFF'S NO-EVIDENCE MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY IN VIEW OF DIASONICS DEVICE AS PRIOR ART

I, Richard T. Redano, declare under penalty of perjury, that the following is true and correct.

1. I am the President of Neutrino Development Corporation, the plaintiff in this lawsuit. I am the sole named inventor on U.S. Patent No. 6,221,021 ("the '021 Patent").

2. The '021 Patent issued from a continuation in part application to U.S. Patent Application serial no. 08/926,209, filed on September 9, 1997 ("the Parent Application"). I am the sole named inventor on the Parent Application.

3. Attached as Exhibit "A" hereto is a true and correct copy of the prosecution history of the '021 Patent.

4. Attached as Exhibit "B" hereto is a true and correct copy of the prosecution history of the Parent Application.

_____
Richard T. Redano

10/29/04
Date